(133 So. 275)

## INTERNATIONAL HARVESTER CO. et al. v. Elgin WILLIAMS, Sr.

6 Div. 845.

Supreme Court of Alabama.

March 12, 1931.

Rehearing Denied April 9, 1931.

Coleman, Coleman, Spain & Stewart, of Birmingham, and Huey, Welch & Stone, of Bessemer, for appellants.

Perry, Mims & Green, of Bessemer, for appellee.

BROWN, J.

Affirmed on authority of International Harvester Co. et al. v. Elgin Williams, ante, p. 589, 133 So. 270.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.